UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **KATHERYNE MYARS** | **CIVIL ACTION NO. 22-cv-4384** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM FIRE & CASUALTY CO ET AL** | **MAG. JUDGE KATHLEEN KAY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 17] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and failure to abide by the order of this Court.

**MONROE, LOUISIANA**, this the 22nd day of December 2023.

_____
TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT